FILED BY _____ D.C.
SEP 15 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE - DIVISION

Michael Hogan
plaintiff,

V.                          Case No:

Sergeant Gorman Et. Al.,
defendants

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 9-9-22 (DATE) FOR MAILING
Staff Initial ___ IM Initial

## U.S.C. 1983 CIVIL RIGHTS COMPLAINT BY PERSON IN STATE CUSTODY. WITH JURY DEMAND

### Introduction.

This is a civil rights action filed by, Michael Hogan, a state prisoner, for damages and relief under U.S.C. § 1983, alleging Cruel and Unusual Punishment, Denial of Due Process, Deliberate Indifference To Serious Medical Needs, In Violation of the Eighth Amendment to the United States Constitution. Plaintiff also alleges the Tort Claim of Malpractice, and Negligence.

### Jurisdiction.

1. The Court has Jurisdiction over the plaintiffs' claims of violation of federal Constitutional rights under 42 U.S.C. § 1331(1) and 1343.

1

2. The Court has suplimental jurisdiction over the plaintiff's state law tort claims Under 28 U.S.C. § 1367

## Parties Involved.

3. The plaintiff, Michael Hogan, was incarcerated at Martin Correctional Institution (Martin) durring the events described in this complaint.

4. Defendant, Sergeant Gorman was a Sergeant employed at Martin Correctional Instution. He is Sued in his individual compacities.

5. Defendant, Sergeant Hamm, was a Sergeant employed at Martin Correctional Institution. He is sued in his individual compacities.

6. Defendant, Randt, was an officer employed at Martin Correctional Institution. He is sued in his individual compacities.

7. Defendant Lawrence, was an officer employed at Martin Correctional Institution. He is sued in his individual compacities.

## Facts.

8. On 6/19/2021, at Martin plaintiff was housed in the special Observation status housing cell

2

(SHOS) in Delta dorm, Wing 1, cell 122 (D1122), with no clothing or property after being searched, only a matress on the floor and a gown to cover up my physical self with.

9. While housed in D1122 on the 7am to 7pm shift, Sergeant Gorman (Gorman), and officer Randt (Randt) told the orderlies (Names unknown till after discovery) to do not feed me lunch or dinner or bring me any food or items and Gorman placed a lock on my door so it could not be opend except by them.

10. Gorman called me a bitch and Maliciously and Sadistically in violation of the Confidentiallity Clause gave up my personal information to start problems with other inmates intentionally.

11. Theose actions were done for no other reason except to harm, humiliate, and degrade showing Gormans intentions to violate the rules, regulation, Laws, and rights on Comera and Audio recordings.

12. On 6/20/21, I was again denied all food and watter by Gorman and Randt, for luch and dinner, intentionally.

13. I was given a sharpened piece of metal by Gorman and Told "Why don't you kill yourself."

14. I cut myself 86 time, permanently Mutilating myself and was left to die. (scars still visible)

15. Gorman, Randt and officer Lawrence (Lawrence), all witnessed the cuts and blood all over the cell Laughing at me and making disogatory comments every time they did their security checks and count I was left this way untill after shift change intrutionally.

16. On 6/21/21, I was released from S.H.O.S. status by psycological doctor Sincere with no Dr. pending.

17. Sergeant Hamm (Hamm) refused to release me to the compound in violation of my due process rights even though I was released from SHOS status and had No Disciplinary Report pending.

18. Hamm and Halverson both told me I was waiting on housing.

19. I continuously asked Hamm why I was still in SHOS with no clothes and not released as I was notified by all, so he told his orderlies to not feed me and refused to open remove the lock off my door, in his words for "Harassing him about being released." (I was never released.)

20. On 6/22/21, Halverson came to my cell and again told me, I was released yesterday, but was still waiting onely on Hamm to let me out, I still had no DR pending or nothing to keep me in D1122 SHOS.

21. I was again not fed lunch or dinner and my water still had not been turned back on since the 7am-7pm shift on 6-19-21. The orderlies told me Hamm again told them to not feed me or come near my cell (The lock was still on my door so it couldn't be opened).

22. Hamm intentionally refused to release me from D1122 SHOS in violation of my due process rights for no other reason except to harm, Humiliate, and touster me.

23. On 6/23/21, I was again not fed Lunch or dinner by Gorman and Randt, and still no water in my cell to drink or flush my toilet for 5 days at this point. Constituting Cruel and Unusual Punishment

24. Gorman and Randt continued to harass me make fun of me and tell me I'm on a diet on Audio/Video recordings. (The lock was still on my cell door)

25. Colonial Colman walked through for inspection and witnessed the 5 days worth of body wast in

my toilet, I informed him I had not had water or food since the 19th and had been released from SHOS even though psychological Doctor Sincere released me on the 21st.

26. Colonial Colman ordered Gorman and Randt to turn on my water, Feed me, and give me my clothes and property. (This was not done that day).

27. At dinner Randt opened my cell flap and tried to give me a styrofoam tray with lid. I requested for him to open it on camera. He stated "do you want it or not". So I reached to grab it and shoved it outside my door on Camera/Audio recording.

28. Randt tried to yank it back but I would not let go causing the tray to rip in half

29. The tray had nothing at all in it, it was clean, Showing Randt tried to not feed me again intentionally and Maliciously. In violation of the Colonials orders to do so.

30. Gorman, Lawrences superior had Lawrence to write a false disciplinary report stateing on 6/19/21, I popped a sprinkler Disciplinary Log # ( This never happened as Camera/Audio and psycological counselors will verrify, along with Fire Marshal report.

31. I was only written this false report so I could be kept in confinement intentionally and Maliciously in Violation of my due process rights and Malpractice of Lawrence and Gormans Job to not falsify documents or Conspire to comit constitutional or State law violations.

32. I had a known Broken arm and never recieved medical care even though Before this I was housed in the infirmary awaiting treatment I couldn't even recieve pain medication from Gorman, Hamm, Lawrence, or Randt even though they knew about the Broken arm.

5

33. All of the above statements are recorded on Fixed wing Audio/Video recordings Servailance equipment From 6/19/21 to 6/23/21 with recordings requested for retention for legal purposes.

34. Office of the Inspector General also has Copies of all the 6/19/21 to 6/23/21 Audio/Video recordings due to the Grievances Filed and Retention of these requested.

35. I cannot verrify the names of inmate witnesses or orderlies or go into further detail on times untill after discovery, Leaving me open to Amend this complaint after reviewing all discovery items.

### Exhaustion of Administrative Remedies.

36. The plaintiff has Exhausted All of his administrative remedies in respect to all claims and has also requested the retention of all relevant Audio/Video recordings. See Attached Grievance Log #'s 430-2106-0180; 2107-430-043; 21-6-22718; 2107-430-033 and Disciplinary Log #'s 430-210608 and 430-210634 that were dismissed without action.

### Claims For Relief.

37. The actions of defendants Gorman, Hamm, Randt and Lawrence in denying the plaintiff without food or watter without need or provocation, were done Maliciously and Sadistically and constituted Cruel and Unusual punishment in violation of the Eighth Amendment of the United States Constitution.

38. The actions of defendants Gorman, Hamm, Randt, and Lawrence in denying the plaintiff access to or notifying medical of the plaintiff's serious medical needs for plaintiff's 86 cuts and ongoing care and treatment for his broken right forearm without need or provocation were done Maliciously and Sadistically and Constituted the Denial of Serious Medical Needs in violation of the Eighth Amendment to the United States Constitution.

39. The actions of defendants Gorman, Hamm, Randt, and Lawrence in failing to follow all Rules, Regulations, and Laws of the Department of Corrections and State of Florida by Keeping the plaintiff housed without clothing, property, Food, and Watter and keeping plaintiff housed in S.H.O.S. after being released from that status for 12 days were done Maliciously and Sadisticaly, Intentionally, Constituted Denial of Due Process of plaintiff's rights in violation of the Eighth Amendment of the United States Constitution.

40. The actions of defendant Lawrence in falsifying state documents intentionally by writing multiple false disciplinary reports just to keep me housed in confinement were done without need or provocation, Maliciously and Sadistically and Constituted Denial of Due Process in violation of the United States Constitution.

7

41. The actions of defendant Gorman in giving plaintiff a sharpend piece of metal and telling him to "Kill himself", Constituted Cruel and Unusual punishment in Violation of the United States Constitution.

42. The actions of defendants Gorman, Hamm, Randt, and Lawrence in failing to follow all Rules, Regulations, and Laws pertaining to their job Constituted Malpractice under Florida Tort Law.

43. The actions of defendants Gorman, and Randt in giving out Confidential Information, Intentionally were done without need in violation of Florida Tort Law.

44. The actions of defendant Gorman in giving plaintiff a sharpend piece of metal and telling plaintiff to "Kill himself", Constituted Negligence under the Florida Tort Law.

## Relief Requested

WHEREFORE, plaintiff requests that this Honorable Court grant the following Relief:

A. Issue a declatory judgement stateing that:

1. The actions by defendants Gorman, Hamm, Randt and Lawrence violated the plaintiffs' rights under the Eighth Amendment to the United States Constitution.

8

2. The actions by defendants Gorman, Hamm, Randt, and Lawrence Constituted Malpractice under Florida Tort Law.

3. The actions by defendants Gorman, Hamm, and Randt Constituted Negligence under Florida Tort Law.

B. Award Compensatory damages in the following amounts:

1. $70,000.00 for the permanent psyical disfigurement and psycological damages from the 86 cuts recieved.

2. $50,000.00 against defendants Gorman, Hamm, Randt, and Lawrence Jointly and Severly for the physical and psycological damages for the violations of denial of Serious Medical Needs.

C. Award punitive damages in the following amounts:

1. $30,000.00 Jointly and Severly against defendants Hamm, Randt, and Lawrence for the violations of the United States Constitution, and Florida Rules, Regulations, and Laws.

2. $50,000.00 against defendant Gorman for the violations of the United States Constitution, and Florida Rules, Regulations, and Laws.

D. Trial By Jury.

9

E. Order that the defendants are held personally responsible for all Court costs, Attorney Fees, and any other Fees, Fines, or Costs deemed apropriate by the Court.

F. Order an Injunction that the plaintiffs arm be fixed properly by an Orthopedic Surgeon with proper diagnostic testing and Care in an applopriate Setting, not just some Department of Corrections non-Specialist doctor who is not an Orthopedic Surgeon.

Respectfully Submitted,

Date: 9/19/2022

/s/ _____
Michael Hogan #V21612
pro. Se, Litigant

### Declaration

I declair under penality of purgery that the above statement of facts are true and correct.

Date: 9/19/2022

/s/ _____
Michael Hogan #V21612

Michael Hogan #V21612
Columbia Correctional Inst./Annex
216 S.E. Corrections Way
Lake City, Fla. 32025

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION



LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 9-9-22 (DATE) FOR MAILING
Staff Initial

SEP 15 2022

Clerk of Court
~~Fort Lauderdale~~ Fort-Pierce Division
300 S. Sixth St. 2nd Pl.
Ft. Pierce, Fla. 34950